Catherine Marie DACE, Appellant,

v.

Ronald Edward DACE, Respondent.

No. ED 95066.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 1, 2011.

Susan K. Roach, Clayton, MO, for appellant.

Gary M. Siegel, Clayton, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Catherine Dace (Wife) appeals the circuit court's judgment denying her motion for relief from judgment in her divorce from Ronald Dace (Husband).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Arlando M. NAYLOR,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 95505.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 1, 2011.

Brocca Smith, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Timothy A. Blackwell, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Arlando M. Naylor (Movant) appeals from the judgment denying his motion for post-conviction relief under Rule 24.035 without an evidentiary hearing. The motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value and we affirm by written order. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 84.16(b).